**Kardon Law, Inc.**
Nancy Kardon, Esq., Bar No. 156545
21250 Hawthorne Boulevard, Suite 500
Torrance, California 90503
Tel: (310) 792-7492
Fax: (310) 792-7497
email: nkardon@kardonlaw.com

Attorneys for Defendant Deon Edward Lopez

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEON EDWARD LOPEZ, et al., <br><br> Defendants. | NO: CR 06-466-DDP <br><br> DEFENDANT DEON EDWARD LOPEZ'S JOINDER IN DEFENDANT JAMAR GREER'S MOTION TO SUPPRESS WIRETAP <br><br> Hearing Date: May 19, 2008 <br> Time of Hearing: 3:00 p.m. <br><br> Trial Date: June 17, 2008 |

Defendant Deon Edward Lopez, by and through his attorney of record, Nancy Kardon, hereby joins in defendant Jamar Greer's Motion to Suppress Wiretap which is presently set for hearing on May 19, 2008, at 3:00 p.m.

DATED: April 24, 2008         KARDON LAW, INC.

                              NANCY KARDON
                              Attorney for Defendant
                              DEON EDWARD LOPEZ