UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   **CR 06-00466 DDP**                                                          Dated:  May 28, 2008

=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Michael Stern |
|---|---|---|
| Courtroom Deputy | Court Reporter | Michael G. Terrell |
|  |  | Asst. U.S. Attorney |

=================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   DEON EDWARD LOPEZ                          1)   Nancy Kardon, Panel
     present in custody                               present appointed

2)   JAMAR DEWAYNE GREER                        2)   Judith Rochlin, Panel
     present in custody                               present appointed

_____

PROCEEDINGS:   **EVIDENTIARY HEARING RE**: DEFENDANT DEON EDWARD LOPEZ'S MOTION TO SUPPRESS  (FILED ON 04-28-08)

DEFENDANT DEON EDWARD LOPEZ'S MOTION TO STRIKE OVERT ACTS 27, 28, AND 33 THROUGH 59 OF INDICTMENT
(FILED ON 04-28-08)

DEFENDANT GREER'S JOINDER IN DEFENDANT LOPEZ' MOTION TO STRIKE OVERT ACTS 27, 28, AND 33 THROUGH 59
(FILED ON 05-20-08)

Court hears oral argument and continues the matters to a date which shall be set at a future hearing.

Witness called, sworn and testified:
    Ramon Alvarez.

The Court sets a STATUS CONFERENCE for Tuesday, June 3, 2008 at 10:00 a.m.

                                                                      02    :   26

                                                         Initials of Deputy Clerk       JAC