UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEON EDWARD LOPEZ, et al.,<br><br>        Defendants.<br>_____ | ) Case No. CR 06-00466 DDP<br>)<br>) **ORDER GRANTING IN PART AND**<br>) **DENYING IN PART DEFENDANT GREER'S**<br>) **MOTION IN LIMINE TO EXCLUDE**<br>) **EVIDENCE OF POSSESSION OF A**<br>) **FIREARM AND CONTROLLED SUBSTANCE**<br>)<br>) [Motion filed on May 13, 2008]<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the Court on Defendant Greer's Motion to Exclude Evidence of Possession of a Firearm and Controlled Substance. For reasons stated on the record, the Court grants the motion in part and denies the motion in part. The Court finds that evidence of Defendant's possession of 3.77 grams of cocaine is inadmissible. The Court finds that evidence of possession of the firearm will be admissible, but defers ruling on precise manner of

///

presentation for evidence of the firearm.  That is an issue to be addressed when it arises at trial.  Because the Court has excluded evidence of the cocaine possession, the Court precludes the Government from making any "tool of trade" arguments to the jury that identify Greer's possession of a firearm as establishing that he was involved in drug trafficking.  The evidence of the firearm is only admissible to provide context to the phone conversation between Palm and Thompson on May 17, 2005.

IT IS SO ORDERED.

Dated: June 18, 2008

DEAN D. PREGERSON
United States District Judge